IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE ROCARDO CRAIG, #250593, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:10-cv-667-ID |
| | ) |
| LOUIS BOYD, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #25) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #25) of the Magistrate Judge is ADOPTED. Plaintiff's motion for voluntary dismissal (Doc. #24) is GRANTED and this case is DISMISSED without prejudice. No costs shall be taxed herein.

A separate judgment shall issue.

Done this 27th day of January, 2011.

                                    /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE